UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

      Case No. **26-mj-30472**
      Originating No. 22CR56

**TREASURE WOOTEN,**

      Defendant.

_____/

### <u>GOVERNMENT'S PETITION<br>FOR TRANSFER OF DEFENDANT TO<br>ANOTHER DISTRICT AND SUPPORTING BRIEF</u>

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TREASURE WOOTEN** to answer charges pending in another federal district, and states:

1. On **<u>August 11, 2026</u>**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **<u>Northern District of West Virginia based on an Indictment charging violations of 21 USC Sections 846 and 841(b)(1)(c) – Conspiracy to Distribute Controlled Substances, Aiding and Abetting Distribution of Fentanyl, Methamphetamine and Cocaine Base, 21 USC Section 841(a)(1) and 841(b)(1)(C) – Distribution of Methamphetamine and Fentanyl, 18 USC Section 1956 – Conspiracy to Commit Money Laundering-Concealment, 21 USC Sections 843(b) and 843(d) – Unlawful Use of Communication Facility, and 21 USC Section 856(a)(2) – Maintaining Drug -Involved Premises.</u>**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Jeremiah Smith*
JEREMIAH SMITH
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 11, 2026